**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : **CRIMINAL ACTION** |
| | : |
| **DEVOS LTD. d/b/a GUARANTEED RETURNS, et al.** | : **NO. 14-574** |

### ORDER

**AND NOW**, this __13th___ day of November, 2015, upon consideration of Defendant Devos Ltd. d/b/a Guaranteed Returns's letter dated October 19, 2015, **IT IS HEREBY ORDERED AND DECREED** that the Government shall file a response to Defendants' Omnibus Pretrial Motions on or before **Friday, December 4, 2015**.

**IT IS FURTHER ORDERED** that Defendants shall file reply briefs on or before **Friday, January 8, 2016**.

BY THE COURT:

/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, C.J.**